UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Francella Ivery,

    Plaintiff,

Case No. 12-13295

Honorable Nancy G. Edmunds

v.

Commissioner of Social Security,

    Defendant.
                                       /

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 11, 2013 REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14, 17, 18]**

    Before the Court is the magistrate judge's report and recommendation on the parties' motions for summary judgment on Plaintiff Francella Ivery's Social Security benefits appeal. (Dkt. 18.) The magistrate judge recommended granting Defendant's motion for summary judgment and denying Plaintiff's. (*Id.*)

    Plaintiff has filed objections. (Dkt. 19.) Plaintiff does not point to any errors that the magistrate judge made. She presents no arguments that the magistrate judge did not consider and that the Court finds would require a different finding than the magistrate judge made.

    Having reviewed the report and recommendation, being advised in the premises and pleadings, and having conducted a de novo review of Plaintiff's objections, the Courts accepts and adopts the magistrate judge's report and recommendation. The Court

therefore DENIES Plaintiff's motion for summary judgment and GRANTS Defendant's motion for summary judgment.

So ordered.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 21, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 21, 2013, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer

2